IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.    CASE NUMBER: 5:11-cr-42-RS

AVINIE MAURICE BATES, III,
JILL BETH NEWMAN ZURAVEL,
ALAN JAY NATHAN,
MEREDITH LELANN KING,
and
JOANN V. WALTER

_____

## AMENDED JUDGMENT

On January 17, 2013, a restitution hearing was held in this case to consider the amount of loss sustained by each victim as a result of the offense of conviction in this case (wire-fraud conspiracy) and each defendant's financial circumstances and future ability to pay restitution to the victims in this case. The Court has considered the evidence presented during the hearing, the arguments of the parties, and the presentence-investigation report for each defendant and has concluded that each of the victims has sustained a loss in the amounts set forth below and that each defendant has the ability to pay restitution in the amounts ordered below.

**IT IS ORDERED** that the Judgments and Orders of Commitment previously entered for defendants Avinie Maurice Bates (Doc. 202), Jill Beth Newman Zuravel (Doc. 204), Alan Jay Nathan (Doc. 206), Meredith Lelann King (Doc. 200), and Joann V. Walter (Doc. 208) are amended as follows:

1. **Restitution Amount**

    A. **Defendants Avinie Maurice Bates, III, Jill Beth Newman Zuravel, Alan Jay Nathan, and Meredith Lelann King**

Restitution in the amount of **$8,596,595.24** is ordered jointly and severally as to defendants Bates, Zuravel, Nathan, and King and is due in full immediately to the following victims in the following amounts:

| Property | Restitution Amount | Payable To: |
| --- | --- | --- |
| **23001 Front Beach Road Panama City Beach, Florida** | $610,489.42 (1st & 2nd Mortgages) | JP Morgan Chase C/O Chase Home Finance, LLC 10790 Rancho Bernardo Road San Diego, California 92127 |
| **1600 Wahoo Road Panama City Beach, Florida** | $486,865.63 (1st Mortgage)  $200,000.00 (2nd Mortgage) | Aurora Loan Services 327 Inverness Drive Englewood, Colorado 80111  Ocwen Loan Servicing, LLC Attn: Christine Hill 1661 Worthington Road, Suite 100 West Palm Beach, Florida 33409 |
| **21222 Front Beach Road Panama City Beach, Florida** | $747,704.42 (1st Mortgage)  $375,000.00 (2nd Mortgage) | American Home Mortgage Servicing Inc. 4600 Regent Boulevard, Suite 200 Irving, Texas 75063  Ocwen Loan Servicing, LLC Attn: Christine Hill 1661 Worthington Road, Suite 100 West Palm Beach, Florida 33409 |
| **1501 Trout Lane Panama City Beach, Florida** | $421,268.54 (1st Mortgage)  $160,000.00 (2nd Mortgage)  $95,000.00 (3rd Mortgage) | Aurora Loan Services 327 Inverness Drive Englewood, Colorado 80111  Wingspan Portfolio Advisors 4100 Midway Road Carrollton, Texas 75019  Marie Beamer 6416 Causeway Rd Panama City, Florida 32408 |
| **483 Wahoo Road Panama City Beach, Florida** | $822,957.64 (1st Mortgage) | HSBC Bank 4875 Belfort Road Jacksonville, Florida 32256 |

| Property | Restitution Amount | Payable To: |
|---|---|---|
| | $194,250.00<br>(2nd Mortgage) | Ocwen Loan Servicing, LLC<br>Attn: Christine Hill<br>1661 Worthington Road, Suite 100<br>West Palm Beach, Florida 33409 |
| **1522 Trout Lane**<br>**Panama City Beach, Florida** | $1,310,350.58<br>(1st Mortgage) | Ocwen Loan Servicing, LLC<br>Attn: Christine Hill<br>1661 Worthington Road, Suite 100<br>West Palm Beach, Florida 33409 |
| | $116,640.00<br>(2nd Mortgage) | Thomas & Deborah Frowert<br>P.O. Box 28495<br>Panama City Beach, FL 32411 |
| **2729 Kings Road**<br>**Panama City, Florida** | $474,640.15<br>(1st & 2nd Mortgages) | Bank of America<br>101 S. Tryon Street<br>Charlotte, North Carolina  28255 |
| **4452 Ashland Road**<br>**Panama City, Florida** | $1,112,849.77<br>(1st Mortgage) | Selene Finance<br>9990 Richmond Ave., #4005<br>Houston, Texas  77042 |
| | $120,000.00<br>(2nd Mortgage) | DTA Solutions, LLC<br>8313 Whitley Road, Suite A<br>Watauga, Texas 76148 |
| **2843 Longleaf Road**<br>**Panama City, Florida** | $895,394.50<br>(1st & 2nd Mortgages) | Selene Finance<br>9990 Richmond Ave., #4005<br>Houston, Texas  77042 |
| **342 Fairway Boulevard**<br>**Panama City Beach, Florida** | $453,184.59<br>(1st & 2nd Mortgages) | Deutsche Bank<br>701 Corporate Drive<br>Raleigh, North Carolina 27609 |

## B. Defendant Joann V. Walter

Restitution in the amount of **$2,409,462.38** is ordered jointly and severally as to defendant Walter and is due in full immediately to the following victims in the following amounts:

| Property | Restitution Amount | Payable To: |
|---|---|---|
| **23001 Front Beach Road**<br>**Panama City Beach, Florida** | $610,489.42<br>(1st & 2nd Mortgages) | JP Morgan Chase<br>C/O Chase Home Finance, LLC<br>10790 Rancho Bernardo Road<br>San Diego, California 92127 |
| **21222 Front Beach Road**<br>**Panama City Beach, Florida** | $747,704.42<br>(1st Mortgage) | American Home Mortgage Servicing Inc.<br>4600 Regent Boulevard, Suite 200<br>Irving, Texas 75063 |

|  | $375,000.00<br>(2nd Mortgage) | Ocwen Loan Servicing, LLC<br>Attn: Christine Hill<br>1661 Worthington Road, Suite 100<br>West Palm Beach, Florida 33409 |
|---|---|---|
| **1501 Trout Lane**<br>**Panama City Beach, Florida** | $421,268.54<br>(1st Mortgage) | Aurora Loan Services<br>327 Inverness Drive<br>Englewood, Colorado  80111 |
|  | $160,000.00<br>(2nd Mortgage) | Wingspan Portfolio Advisors<br>4100 Midway Road<br>Carrollton, Texas  75019 |
|  | $95,000.00<br>(3rd Mortgage) | Marie Beamer<br>6416 Causeway Rd<br>Panama City, Florida 32408 |

2. **Payment Procedure**

All restitution payments are to be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams Street, Suite 322, Tallahassee, Florida 32301-7717 (the "Clerk of Court").

Each victim will receive an approximated proportional payment.  If nominal payments are made by the defendants, the Court authorizes those payments to be made to the victims on a rotating basis.

To the extent a restitution balance remains at the time of each defendant's release from incarceration, the defendant will make monthly payments in the amount of $50.00 towards any unpaid restitution balance, beginning within three months after his/her release and during the term of his/her supervised release, and all payments will be made payable and mailed to the Clerk of Court.  The Court may reconsider the monthly-payment amount based on the defendant's ability to pay as determined by United States Probation and approved by the Court.

Although the Court has concluded that each defendant has the ability to pay the restitution ordered, the Court has determined that the defendants do not have the ability to pay

interest, and interest on the restitution amount is waived.

**ORDERED** on January 29, 2013.

>  **/s/ Richard Smoak**
>  **RICHARD SMOAK**
>  **UNITED STATES DISTRICT JUDGE**