UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALAN JAY NATHAN,<br><br>    Defendant. | Case No.  5:11CR42-RS-3 |

## PARTIAL RELEASE OF LIEN

Plaintiff, UNITED STATES OF AMERICA, through the undersigned Assistant United States Attorney, hereby releases the judgment lien filed on April 3, 2013, in Book 25921, Page 01037 and on July 5, 2024, in Book 35125, Page 234, of the Official Records of Palm Beach County, Florida, as to the following property, with prejudice, described hereto as follows:

> Condominium Unit No. 174, of MANSFIELD AT CENTURY VILLAGE, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 3264, Page(s) 906, and any amendments thereto, if any, of the Public Records of Palm Beach County, Florida, together with an undivided interest in the common elements, if any.

In every other respect, said judgment shall remain in full force and effect.

1

Dated at Tallahassee, Florida, this 30th day of May, 2025.

        Respectfully submitted,

        MICHELLE SPAVEN
        Acting United States Attorney

        */s/ Katherine C. Kerwin*
        Katherine C. Kerwin
        Assistant United States Attorney
        Michigan Bar No. P73070
        111 North Adams Street, Fourth Floor
        Tallahassee, Florida 32301

## CERTIFICATE OF SERVICE

I do hereby certify that I have, this 30th day of May, 2025, filed the foregoing with the Clerk of Court via the CM/ECF system, which has caused a true and correct copy to be served on all counsel of record.

        */s/ Katherine C. Kerwin*
        Katherine C. Kerwin
        Assistant United States Attorney
        Michigan Bar No. P73070
        111 North Adams Street, Fourth Floor
        Tallahassee, Florida 32301
        Phone: (850) 942-8430